REMONSTRANCE

APPENDIX TO
More Definite Statement

Recipients List

To be included with documents packet as Cover Sheet — 9-25-2023

| | |
|---|---|
| President Joe Biden<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, DC 20530 | Rep. John Kline<br>U.S. House of Representatives<br>2182 Rayburn House Office Bldg.<br>Washington, DC 20515 |
| U.S. Attorney General<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | Texas Attorney General<br>300 West 15th Street<br>Austin, TX 78701 |
| Democratic National Committee<br>430 S. Capitol Street SE<br>Washington, DC 20003 | Republican National Committee<br>310 First Street SE<br>Washington, DC 20003 |
| Lady Sylvia Borunda Firth<br>Law Center<br>311 Montana Avenue<br>El Paso, TX 79902 | Associated Students, Inc.<br>Cesar Chavez Student Center<br>1650 Holloway Ave., T-138<br>San Francisco, CA 94132-1722 |
| ABC News<br>500 Buena Vista Street<br>Burbank, CA 91521 | CBS News – 60 Minutes<br>51 West 52nd Street<br>New York, NY 10019 |
| FOX News<br>1211 Ave. of the Americas<br>New York, NY 10036 | NBC News<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| First Baptist Church<br>108 S. Vandeveer Street<br>Burnet, TX 78611 | First Methodist Church<br>301 East Graves Street<br>Burnet, TX 78611 |
| CITIZEN'S GAZETTE<br>206 E. Jackson<br>Burnet, TX 78611 | Prisoner Express<br>P.O. Box 6556<br>Ithaca, NY 14851 |
| Naturist Action Committee<br>P.O. Box 132<br>Oshkosh, WI 54903 | ACLU of Texas<br>P.O. Box 8306<br>Houston, TX 77288 |

Human Rights Defense Center → P.O. Box 1151, Lake Worth Beach, FL

September 14, 2023, Remonstrance:
On the Subject of Mail Scanning
of Texas Prison Inmate Mail By
Private Sector Company-

To all whom it may concern:

While i, James Logan Diez, present to You this REMONSTRANCE in my personal interest as a Citizen and Taxpayer, (who does NOT yet have any "Final Conviction" on the Charges i have been unjustly confined for - ergo - am still a Registed, eligible Voter); i also publish this on behalf of EVERY Citizen Taxpayer who is fed up with Government's making up excuses to WASTE Taxpayers money on "Pork Barrel" payouts to Politicians' friends and Associates, or "Special Interests" Groups. I, also, pay my Respect to the Gospel of the Lord Immanuel Jesus, Christ King of Israel; and, the Teachings of the Holy Spirit through the Apostle Paul found in the Christian Bible Hebrews 13:3.

Texas Department of Criminal Justice - Criminal Inst. Division has, AGAIN, grossly exaggerated a MINOR Security issue in order to contract for a totally unnecessary Service from a Private Company - a Service that is inevitablely bound to Cost the Taxpayers MILLIONS of dollars in litigation costs only to be declared unconstitutional by the Federal Courts in the end! Permit me, then, to expose the most recent act of lunacy and waste of our Tax Dollar -

TDCJ-CID Admin. has recently implemented <u>mandatory</u> mail scanning for <u>ALL personal mail</u> sent to a Prisoner in a Texas prison facility. The correspondence <u>MUST</u> be mailed to a <u>Private Sector</u> company in Dallas, TX, where the prisoners letters are opened; scanned into electronic format; checked for clarity by an employee of said company; then forwarded electronically to the prisoners' tablets (furnished by the State). <u>After</u> scanning and forwarding, the prisoner:

    (i) is <u>NOT</u> afforded the option of getting a print-out of the letter; and,

    (ii) <u>MUST</u> provide postage and costs <u>to the private company</u> to cover their sending the original letter to an alternate address should the letter's intended recipient prisoner wish to preserve the letter as a keepsake; otherwise it is (allegedly) destroyed.

NOTE: Average Time From Postmark To Tablet: 21-27 days

TDCJ-CID's <u>EXCUSE</u> for implementing scanned mail:
    * Prisoners are smuggling in drugs on letters by liquid drugs put in ink!

An excuse that <u>SOUNDS LIKE</u> a legitimate "security" concern to a Public that does <u>NOT HAVE A CLUE</u> as to the <u>FACTUAL REALITY</u> of the Penal Environment; but, that to the Enlightened it's an <u>obvious LIE</u>! Ergo, let me enlighten — <u>ONLY</u> about 1-2% of the drugs that get into a penal facility come in by contaminated correspondence! Whereas, 95% or

MORE is brought into the Facilities by EMPLOYEES on some Gang's payroll. The remainder is smuggled in by Outside Trustees who are unsupervised — they pick up a packet "dropped", and pass it to an Inside Trustee. But — even though mailed in drugs is only 1-2% — let's examine the Prison Board's and others' wisdom in spending Taxpayers' money on a Private Sector mail scanning service; and, the fact such invites a Federal Lawsuit prisoners will eventually prevail on...

    (1) TDCJ-CID has Drug Detection K-9 Dogs at EVERY Facility — incoming mail could be "sniffed" by the dog, the miniscule number of drug-laced correspondence detected, removed and "controlled delivery" made to facilitate prosecutions for "Conspiracy to Introduce Illegal substances into a Penal Facility;" thus, other prisoners' Mail is unaffected.

    (2) Now let's examine the legal implications of the "scanned mail" Contract —

        (a) Mail/Letters are "Property" of the Prisoner; and, a FIRST AMENDMENT communication Right; while Prison Mailroom Officials have the right to open such mail and censor it where appropriate — PRIVATE Companies and their Employees do NOT

have a mote of lawful standing to open another Citizen's mail _even_ if some _prison official_ tells them they can. NOT ONE PRISONER gave their consent for a Private Sector Company's Employee to open their mail. [Also, there is the letter's _Author_ who, while knowing prison staff scans letters for content, do NOT normally know some employee of a _private_ company might decide to read (or even plagerize/steal) the letter!]

(b) the U.S. Constitution declares NO Citizen is to be _deprived_ of Property _without Due Process of Law_ — i TREASURE my paper letters from Loved Ones — even from Officials (i received a wonderful letter from the _Ambassador of Ukraine_ thanking me for a donation i made to _War Orphans_ of that Nation — i TREASURE that!). BUT— even though i have NEVER smuggled ANYTHING into a prison and NEVER used drugs in my Life; TDCJ-CID contracts a Private Sector company to convert my letters to electronic trash easily lost to a tablet glitch; refuse to provide me a hardcopy printout; AND, agree to let the Company DESTROY my Original letter if i don't send it to someone at my own expense within a few months(?!).

I'm a <u>67</u> year old Penal <u>SLAVE</u> with <u>NO</u> income; <u>WHO</u> am i supposed to send it to? My <u>deceased</u> Parents/Grandparents? My <u>deceased</u> Brothers/Sisters? Maybe my <u>deceased</u> Best Friend, Wes? <u>Perhaps</u>, if i write a hundred or so Churches, i can find one to keep all my letters safely stored for me until my release from this lunatic unit?

The point is — i have been given **NO** Due Process of <u>ANY</u> form that would give the TDCJ-CID/its Private sector conspirator a legal right to seize and destroy <u>my personal property</u> — those letters: not even an Administrative Hearing! <u>It is **NOT MY** LETTERS</u> laced with drugs — so <u>WHY</u> are <u>MY</u> letters being stolen and destroyed, because TO MY HEART those pages written in my Loved Ones' hands are equally as priceless as the words conveyed! <u>BUT</u> — let's set this aside and look at an absolute <u>REALITY</u> about those who <u>do</u> smuggle drugs seriously... (see following article).

Drug smugglers <u>AREN'T STUPID</u> — They <u>are also EXTREMELY WELL FINANCED and EQUIPT!</u> TDCJ-CID <u>cannot stop</u> certain articles of mail from coming in to prisoners, <u>UNLESS</u> they give Prisoners access to email service providers <u>and online</u> publications of magazines, newspapers and books — otherwise they'd <u>FAR</u> exceed Constitutional limits. <u>PLUS</u>, there's "Legal Mail" from Attorneys and Courts; and, "special

Correspondence" from Government Agencies, Officials and Law Enforcement/Crimestoppers! Drug Smugglers <u>ARE NOT STUPID</u> and are <u>EXTREMELY WELL FINANCED and EQUIPT</u>! If a drug smuggler wanted to smuggle drug laced paper into a prison — he could print <u>countierfit</u> TIME or National Geographic magazines, or The Houston Chronicle Newspaper using liquid drug-laced ink, and mail <u>it</u> to distributors on EVERY unit regularly — he could print up phoney Trial Transcripts and use an actual Court's Return Address to send in drug saturated paper in bulk — he could send weekly letters purportedly from actual Attorney Offices simply by duplicating the Attorney's stationary! Does <u>ANYONE</u> truly <u>BELIEVE</u> the use of a multimillion dollar, Private Sector, mail scanning service is <u>REALLY</u> going to stop <u>or slow down</u> the smuggling of drugs into the prison <u>system</u>? Seriously?

TDCJ-CID officials have merely <u>EXAGGERATED</u> the <u>miniscule</u> amount of drugs getting past the mailroom (because they <u>DON'T</u> use the drug dogs <u>EVERY</u> mail delivery that comes in) so they can bankroll a Private Sector Company with Taxpayers' money!

TDCJ-CID's Prison Board, the Director, <u>every</u> Unit's Warden and Asst. Wardens, <u>KNOW</u> that 95% of the drugs are smuggled in by corrupt guards — <u>KNOW IT</u> — Yet, <u>NO SIGNIFICANT ACTION</u> is taken to stop the employees from delivering whatever contraband to their Prisoner-Employers! No drug dog daily sniff of the

incoming employees — no <u>daily</u> puppy patrol of the employee parking lot's vehicles — the only employees ever caught is the ones ratted out by the drug dealer, because the employee guard (teacher, nurse, secretary, etc.) does something stupid. Here's a <u>TRUTH</u>:

     * Prisoners <u>DON'T</u> normally use <u>their</u> Loved Ones for smuggling contraband: whether its drugs, phones, cigarettes, or anything else — because <u>it's too easy and cheap</u> to hire a dirty guard or whatever! Why risk getting a Loved One in trouble when you can screw a prison employee?!

This mail scanning, and seizure/destruction of the original letters/property, without Due Process, effects <u>NOT ONLY</u> the near 200,000 Texas Prisoners — it effects <u>EVERY</u> Citizen in the State of Texas, <u>AND EVERY</u> Citizen in America who corresponds with a Prisoner in Texas! Texas Taxpayers; it's <u>YOUR</u> Tax dollars being thrown away on totally <u>UNNECESSARY</u> mail scanning — You're <u>ALREADY</u> paying for drug dogs and mailroom staff; <u>WHY</u> allow your hard earned dollars to be paid for mail scanning when it <u>WILL</u> (in the very near future) cost you in Court as well? Demand TDCJ-CID <u>go back</u> to standard USPS mail for prisoners who prefer <u>NOT</u> to use scanned mail; and, for prison officials to <u>USE THE DOGS MORE EFFECTIVELY</u> to detect drug-laced mails; <u>AND</u>, police Employees more effectively! (That's how to stop drugs!)

This "scanned mail scam" is typical of the façades Government Agencies/Agents use to unjustifiably funnel Citizens tax dollars into those proverbial "Pork Barrels" (especially pork barrels the Cohorts of Government Officials happen to Profit greatly from)! Courts "differ" to the Prison Officials "expertise" for prisons' "day to day operations;" and, start dancing any time Prison Officials start singing the "security" song. If Jurists EVER start actually using some Common Sense and Objective Logic, the ludicrousness of most Prison Officials "security" claims would be painfully obvious — but first, they'd have to stop pandering to the Prison Officials!

So — it's up to The People — the Taxpayers, the Patriots, the Citizenry fed up with all the farcical waste, and smokescreen excuses, and the lies, and exaggerations they fabricate to needlessly spend money to enrich their "good ol' Boys" pals!

Do We The People resolve this grievance with Our voices united — or, do we wait for the Federal Courts to resolve it with Our money paid to Inmates? It really is Our Choice — so, raise Your voices to put a stop to it, so You won't have to pony up cash later!

Respectfully,
J. Logan Diez
Citizen – Voter – Penal Slave
#1399291
McConnell Unit

\* See following Article from Prison Legal News & "PennLive, Harrisburg Patriot."

# Five Years After Limiting Personal Visits and Banning Mail, Drug Use Worse in Pennsylvania Prisons

As reported by the *Harrisburg Patriot News* on April 21, 2023, the Pennsylvania Department of Corrections (DOC) implemented a solution to the drug problem in state prisons in September 2018 that has proved cruel and ultimately ineffective. That year, a rash of illnesses befell prison staff, which DOC blamed on incoming prisoner mail soaked in K2 and fentanyl.

So DOC prohibited prisoners from receiving physical mail and contracted a mail scanning system. Now any mail sent to a prisoner in Pennsylvania is forwarded to a center in Florida where it is scanned and destroyed, sending the prisoner a facsimile – either by re-printing it or making the document available on an electronic tablet.

At the time of the changeover, Pennsylvania was desperate to end the rash of drug exposure incidents alarming prison staff. Although Keystone State cops never concluded that the illnesses were caused by drugs – nor was there any evidence they were smuggled through the mail – officials insisted that mail was the most likely source of entry.

However, medical experts said it was "effectively impossible to become ill from such incidental contact with K2, fentanyl or similar substances." Ryan Marino, a toxicology expert, called it "not possible and not something that happens when prison staff have accidental contact with mail." He added that symptoms reported by staffers were "usually the exact opposite of what opioids or fentanyl would do."

Unsurprisingly, drug use in DOC lockups is no better than it was five years ago – in fact, it is now worse. After a slight decline in the immediate aftermath of the policy change, the number of positive drug tests rebounded quickly and is now higher than it was before.

One interesting metric is the number of prisoners in Pennsylvania who tested positive on random drug tests. In August 2018, when the crackdown was imposed, it was 1.0%. Fast forward to December 2022, and the number nearly tripled to 2.7%.

Five years after changing mail handling, Acting DOC Secretary Laurel Harry said at a budget hearing, "We also know that [traffickers] will look for other avenues for drugs to enter our system, and that's where [we] have to focus our efforts. But we don't have to focus our efforts on the mail." But as the *Harrisburg Patriot* pointed out, "if the mail scanning system has allowed the DOC to focus on drug interdiction elsewhere, as Harry stated, the department's data hasn't shown it."

John Eckenrode, of the union representing Pennsylvania guards, believes that the incidence of staff smuggling is small. Instead he blames legal mail – which is exempt from scanning – as well as donated books, visitors, and drone drops.

Bret Grote, an attorney with the Abolitionist Law Center, calls the DOC change in prisoner mail handling a cynical "shock-and-awe campaign" without any empirical basis. He blames the policy change for spawning other mail-scanning schemes across the country.

Sources: *NPR, PennLive, Harrisburg Patriot*

## United Appellate Group

Fearless. Passionate. Experienced.

The United Appellate Group (UAG) specializes in post-conviction relief in all Fifty States and the federal system. Our national network of attorneys and post-conviction experts are experienced with habeas corpus, sentence modifications, parole challenges, pleas, newly discovered evidence, actual innocence, procedural bars, ineffective assistance counsel, prosecutorial misconduct, jury misconduct, illegal search and seizure, complex cases, drug trafficking, financial crimes, and much more. Our flat rates are reasonable and we also offer payment plans. Contact UAG today for more information and see how we may be able to help you achieve the post-conviction relief you seek.

**United Appellate Group (East)**
539 W. Commerce St., Ste 3990
Dallas, Tx. 75208
(469) 953-4293

**United Appellate Group (West)**
1968 South Coast Hwy., Ste 2160
Laguna Beach, Ca. 92651
(949) 403-0143

https://appellategroup.org
admin@appellategroup.org