Case 2:23-cv-00269   Document 99   Filed on 09/19/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED

SEP 19 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAMES LOGAN DIEZ,

V.                                      No.  2:23-CV-00269

TDCJ-CID, et. al.

## PLAINTIFF'S MEMORANDUM ON RETALIATION

To the Honorable Court:

Comes now James Logan Diez, Plaintiff in the above-styled Civil Suit, and would present this 'Memorandum On Retaliation' in order to make the Court aware of what Plaintiff sincerely believes to be acts of Retaliation by Defendants by and through their Co-Conspirator and Business Partner SECURUS TECHNOLOGIES. Therefor Plaintiff would show the following:

On the morning of August 28, 2025, Plaintiff attempted to log in on the Securus tablet's LEXIS NEXIS legal app; and, was treated to a full-screen pop-up which stated:

"FortiGuard Intrusion Prevention - Access Blocked
Web Page Blocked
The page you have requested has been blocked because the URL is banned.
URL     https://doc-advance.lexis/corrections?
        config=024454JABkZIZDRhMC030GVILTRINWMtOGRMCP1
        NDMzOWRjYzFINzQKAFBvZENhdGFsb2eOaTE1ROeLKwre
        ONrUa5S9
Description
URL Source Local URLfilter Block"

While Plaintiff is NOT a programming expert: it appears that the Defendants/Securus have BLOCKED Plaintiff's tablet's URL address entirely from the legal research app LEXIS NEXIS(?).

> NOTE: Plaintiff checked his other tablet apps and discovered that the following Apps, also, give the above pop-up when Plaintiff attempted to access them:
> 1] Endovo (through which Plaintiff accesses the website newsletters for the JAILHOUSE LAWYERS INITIATIVE and THE MARSHALL PROJECT: both 'Prison Reform' advocates);
> 2] Job1Stop and FindJobs (apps which allow prisoners to search for and review employment opportunities in the locations they anticipate releasing to);

3] HopeMedia (a progressive, left leaning spiritual app). Additionally, the tablet's PODCASTS App, while coming up onscreen, will NOT download ANY of the Newscasts Plaintiff has subscribed to; and, when Plaintiff is on the AP News subscription he has, when he tries to open certain catagories of news articles, he gets a pop-up "Error 403" message [the articles are generally those criticle of president Trump (judging by the tag lines), and those related to either immigration, legislation, or prison issues.]

Plaintiff is well aware occassional problems with Securus's Server/access modems occur; therefore he took his tablet to the dayroom and asked several (8) other inmates to access their tablets for the above describe apps; all but one were able to access these apps, and the one who couldn't is, also, involved in litigation in Federal Court against TDCJ.

Plaintiff herein is fairly certain his tablet has specifically been targeted by the Defendants, acting through Co-Conspirator Securus, to block access to the Courts and information sources beneficial to Plaintiff, in RETALIATION for Plaintiff's rigerous prosecution of this (and other) §1983 Complaints seeking Redress for Defendants' violations of his Rights under the U.S. CONSTITUTION and Federal Law.

WHEREFORE, PREMISIS CONSIDERED, Plaintiff respectfully REQUESTS the Court Order the Defendants/Securus Technologies to UNBLOCK ALL the tablet Apps they have Blocked/otherwise tampered with; as THE BLOCK VIOLATES PLAINTIFF'S ACCESS TO COURTS by making anything he might submit necessarily "in the blind" without proper access to the LEXIS NEXIS app, and is treating him unequitably where his access to other Apps is concerned while Prisoner who ARE NOT LITIGANTS are not being blocked from the above-referenced Apps.

Respectfully submitted this __10th__ day of __September__, 2025.

Pro Se / James LOGAN Diez
2399291  McConnell
3001 S. Emily Drive
BEEVILLE, TX 78102

## CERTIFICATE OF SERVICE

I, James LOGAN Diez, Plaintiff in the above and foregoing Case, do hereby certify that I have served the Defendants' Counsel(s) of Record on this 10th day of September, 2025, by placing a true and correct copy hereof in the 'Prison Mailbox', postage prepaid, for delivery to the U.S. Postal Service to be mailed to the Counsel(s) addressed as follows:

                Lady Shana Sobel
                      &/or
                Sir Michael Calb
            Attorney General's Office
                P. O. Box 12548
            AUSTIN, TX 78711-2548

                            Pro Se:   James LOGAN Diez

**NOTE TO THE COURT & PARTIES:**

    The above and foregoing Memorandum on Realiation has been filed SIMULTANEOUSLY in the following (3) Cases:

        1] No. 2:23-CV-00269
           Diez v. TDCJ-CID, et. al.

        2] No. 2:24-CV-00295
           Diez v. Schneider, et. al.

        3] No. 2:23-CV-00185
           Diez v. Bryan Collier, et. al.

ALL THREE CASES are in the same U.S. DISTRICT AND DIVISION IN CORPUS CHRISTI, TEXAS.

**PLEASE NOTE:**

Tablet apps are coming slowly back online, however the LEXIS App and Message App are only functioning sporadically.