IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JAMES LOGAN DIEZ #02399291,** *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00269 |
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE – CID, et al.** *Defendants*. | § § § § | |

## PROPOSED ORDER

On this day, the Court considered Defendant Bryan Collier's **Defendants' Motion for Summary Judgement.** After considering the motion, the Court is of the opinion that the following order shall issue:

It is ORDERED that Defendants' motion is GRANTED.

It is ORDERED that all of Plaintiffs' claims are dismissed on a judgement of the pleadings.

SIGNED on this _____ day of _____, 2025

_____
**HONORABLE JUDGE PRESIDING**