IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ #02399291,<br>    *Plaintiff*, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00269 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE – CID, et al.<br>    *Defendants*. | §<br>§<br>§<br>§ | |

**DEFENDANT BRYAN COLLIER'S MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56**

# Exhibit A

# Affidavit Regarding Grievance Procedures and Inmate Mail Bates nos. [Diez_049-050]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ #02399291,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00269 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE – CID, et al.<br>*Defendants.* | § § § § | |

## AFFIDAVIT DECLARATION OF JESSICA RILEY

**BEFORE ME**, the undersigned authority, on this day personally appeared Jessica Riley, and after being first duly sworn according to law, upon her oath, deposed and said:

My name is Jessica Riley. I am over eighteen years of age and fully competent to make this affidavit. I have personal knowledge of the facts contained herein, and they are all true and correct. I have been employed by the Texas Department of Criminal Justice (TDCJ) for 14 years and with the Administrative Review and Risk Management Division since February 1, 2018.

The TDCJ Inmate Grievance Program provides inmates with the opportunity to present written complaints related to their classification, disciplinary status, personal property, and other confinement issues within TDCJ's control. Grievance forms and instructions on how to use the grievance procedure and file a grievance are available from TDCJ staff in each housing area on every TDCJ unit and at the law library. Inmates have direct access to unit grievance staff without routing grievances through any other staff member. Security officers are not authorized to collect grievances in the collection boxes unless they are serving as a grievance staff member. Instructions on how to properly file a grievance are provided upon intake and posted throughout all TDCJ units. Any inmate who is having problems filing a grievance, or who does not understand how to file a grievance, may contact the unit grievance office for assistance.

I have been asked to describe how grievances are made available to an inmate housed in a TDCJ facility should he or she need to file a Step One or Step Two grievance. Step 1 grievances that meet the criteria for processing are summarized and forwarded to the appropriate staff member for investigation, in this instance Unit Mailroom staff. Statements from staff are reviewed by the Unit Grievance Investigator (UGI) for quality and appropriateness. Using the staff statements and any investigative documentation, the UGI formulates a suggested response to the Step 1 grievance for the Warden's signature. If the inmate chooses to appeal the Step 1 decision, they should submit a Step 2 grievance regarding a mailroom concern, including concerns about the Digital Mail Processing Center (DMPC) and questions about the digital mail policy. The Step 2 grievance is forwarded to the Mail System Coordinator Panel (MSCP), for review and a response to the inmate with the outcome of the Step 2 review. The Manager II for MSCP is the Step 2 signature authority, not the Warden. "The MSCP…investigates and responds to mail related Step 2 Grievances." *See* TDCJ Website: https://www.tdcj.texas.gov/divisions/citd/mscp.html.

"Mail System Coordinators Panel" (MSCP) is the body designated to assist in the maintenance and coordination of the Uniform Inmate Mail System. The MSCP serves to bring uniformity to the decisions of the various units by providing technical assistance and rule interpretation; serves as the centralized authority for the review of publications for initial unit acceptance or denial; provides training for mailroom staff; conducts in-depth monitoring of all unit mailrooms; and submits periodic reports pertaining to the inmate mail system. *See* BP-03.91 (rev 7 – December 2023) at 3 (Find on the TDCJ Website https://www.tdcj.texas.gov/documents/policy/BP0391.pdf).

Inmate James Logan Diez *(TDCJ* ##02399291) has had full access to TDCJ's Inmate Grievance Program following the events giving rise to his lawsuit – namely, the implementation of the digital mail policy on September 6, 2023, and its perceived impact on his communications. I have reviewed Inmate Diez's grievance file for the time of January 1, 2023, to July 3, 2024. During that time period, Inmate Diez filed one Step-1 grievance concerning the delay in receiving mail; his requested relief was to "go back to the U.S.P.S mail or return mail within 10 days of post-mark consistently." *See* Grievances at Diez_18-19. This grievance regarding the delay was answered, explaining the Digital Mail Processing Center was backlogged and TDCJ and staff were working to alleviate the delay. Inmate Diez did not file a Step 2 grievance to appeal the decision regarding his concerns about delay, nor did he file any other grievances requesting notice or a hearing, nor any other concerns regarding the impact the digital mail policy had on his communications, or concerns about the appropriate procedure through which to grieve.

    I, Jessica Riley, am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct.

_____
Jessica Riley
Manager II – Inmate Grievances

CATHY MARTINEZ
Notary Public-State of Texas
Notary ID #13259225-6
Commission Exp. JULY 22, 2028
Notary without Bond

_____
Notary Public, State of Texas

_____
Cathy Martinez
Notary's Printed Name

2

Diez_050