IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ #02399291,<br>*Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00269 |
| TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE – CID, et al.<br>*Defendants*. | § § § § | |

**DEFENDANT BRYAN COLLIER'S MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56**

# Exhibit B

# Affidavit Regarding the Director Review Committee Bates nos. [Diez_051-052]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ #02399291,<br>    *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00269 |
| TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE – CID, et al.<br>    *Defendants.* | § § § § | STATE OF TEXAS<br><br>COUNTY OF WALKER |

### AFFIDAVIT OF TAMMY SHELBY

BEFORE ME, the undersigned authority, on this day, personally appeared Tammy Shelby who, after being by me duly sworn according to law, upon her oath deposed and said as follows:

"My name is TAMMY SHELBY. I am over 21 years of age. The facts set forth in this affidavit are based upon my personal knowledge and are true and correct. I hereby swear that the information conveyed in this declaration is true and correct and I can testify about the facts and statements contained in this declaration. I have worked for the Texas Department of Criminal Justice (TDCJ) in the inmate mail system for 34 years.

The Mail System Coordinator's Panel (MSCP) is designed to assist in the maintenance and coordination of the Uniform Inmate Mail System. In this capacity, the MSCP reviews publications for initial unit acceptance or denial, assists the units in mail related problems, provides training for all mailroom staff, monitors unit mailroom operations, and submits periodic reports of successes and dysfunction within the system.

I have been asked to clarify the function of the Director's Review Committee (DRC), a section within the MSCP. The DRC operates as the central and final authority for all appeals related to placement and removal of persons from an inmate's visitors list, former employee appeals, inmate contact visitation restrictions, denied correspondence, publications, and other actions of the Mail System Coordinators Panel with regard to the prohibition of written materials, and placement or

removal of individuals on negative mailing lists. All decisions made by the DRC are rendered in accordance with BP-03.91, Uniform Inmate Correspondence Rules and TDCJ's visitation plan. The DRC does not hear appeals regarding the implementation or revisions to TDCJ policies and procedures.

    I, Tammy Shelby, am an employee of TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct.

*Tammy Shelby*
**Tammy Shelby**
Manager
Mail System Coordinators Panel
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 30th day of October 2025.

NOTARY PUBLIC, STATE OF TEXAS

Donna Bell  8/24/2026
Notary's Printed Name
My Commission Expires:

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

Diez_052