**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JAMES LOGAN DIEZ #02399291,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:23-CV-00269** |
| | § | |
| **TEXAS DEPARTMENT OF CRIMINAL** | § | |
| **JUSTICE – CID**, et al. | § | |
| *Defendants.* | § | |

---

**DEFENDANT BRYAN COLLIER'S MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56**

---

# Exhibit C

# Plaintiff's Grievances
# Bates nos. [Diez_001-048]

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Inmate Grievance Department, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of ***the grievances filed by Diez, James TDC#2399291, for the period of 1/1/2023-7/3/2024***, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**Jessica Riley**
Manager II
Inmate Grievance Department
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 5th day of JULY, 2024.

NOTARY PUBLIC, STATE OF TEXAS

Hilaria Leon
Notary's Printed Name

My Commission Expires:
August 19, 2025

HILARIA LEON
Notary Public-State of Texas
Notary ID #13328695-0
Commission Exp. AUG. 19, 2025
Notary without Bond



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023047764

Date Received: DEC 27 2022

Date Due: 2-5-23 yo

Grievance Code: 703

Investigator ID #: 2684 2714

Extension Date: 3/17/23

Date Retd to Offender: MAR 08 2023

Offender Name: James Logan Diez    TDCJ # 2399291

Unit: McConnell    Housing Assignment: 7-H-34 Bottom

Unit where incident occurred: McConnell

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Unit Admin & Law Library    When? 12/12 & 14/2022

What was their response? Unit Admin, refered me to Law Library. Law Library did/has **NOT** responded.

What action was taken? NONE — Still being denied Access To Court.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On or about 12/12/2022, i submitted an official I-60 Request addressed to "Unit Admin.- Mailroom" requesting the mailing address for the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of TEXAS, CORPUS CHRISTI DIVISION. The Mailroom Supervisor (Ms Salles) returned the I-60 telling me "Send this to the Law Library."

On or about 12/14/2022, i submitted said I-60 Request to the Law Library by sending it in my Indigent envelope (by itself) and dropping it in the "Law Library box near the pill window on B-Side. The Law Library has NOT replied to said I-60, to date. So —

On December 19, 2022, i submitted a REQUEST to "McConnell Unit Law Library Supervisor" asking for (2) 43 USCA 1983 complaint forms For use on complaints related to Burnet City Police Dept., and Burnet County Sheriff's Dept.], and (2) Federal In Forma Pauperis forms.
 * Since i can't get the address for the Court to get the forms from the Clerk; i assume said forms are available from the Prison Law Library (2).
The Law Library has neither responded to the Request nor sent me any forms.

I am 66½ years of age — i should NOT have to go to the Law Library and sit for (2) hours simply to get a set of forms

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Diez_002

Appendix F

when forms can be stuck in an envelope by one of the Law Library SST's and sent to me by Inter-Unit Mail delivery.

* My time to submit complaints is limited and will be Time Barred if i do not get Access to the Court; and, i am denied access if i am not provided the Court's mailing address &/or the correct forms.

---

**Action Requested to resolve your Complaint.** Request the aforementioned forms AND the mailing address for the aforementioned Federal Court.

**Offender Signature:** *K. Logan Diez* **Date:** 12/22/2022

**Grievance Response:**

Inmate Diez, James Logan #2399391 your Step 1 was reviewed. Investigation revealed that the McConnell Law Library did in fact respond to your I-60s and you did receive the forms you had requested. No further action warranted by this office.

*Asst Warden P Samaniego*

**Signature Authority:** **Date:** 3-8-23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** – *Resubmit this when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back (Revised 11-2010)**

**OFFICE USE ONLY**

Initial Submission ___ UGI Initials: _____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission ___ UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission ___ UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Appendix F**

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2023041712 |
| Date Received: 04/12/23 |
| Date Due: 5/22/23 |
| Grievance Code: 500 |
| Investigator ID #: 2625 |
| Extension Date: |
| Date Retd to Offender: 2 5 MAY 2023 |

Offender Name: James Logan Diez    TDCJ # 2399291

Unit: McConnell    Housing Assignment: 7-H-34 to DB-68

Unit where incident occurred: McConnell @ Inmate Dining Room

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer CATHCART FSM, et.al.    When? 04-10-2023 @ 0500

What was their response? Said there was no more coffee in the kitchen.

What action was taken? NONE (Also spoke to Lt. in front of IDR on this.)

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Almost EVERY day when H-wing gets to the IDR for Breakfast there is "NO COFFEE in the kitchen." I KNOW there WAS coffee in those kitchen, because:

(a) when going to Breakfast, i witnessed the G4 inmates off G-wing carrying cups, bottles and jars of Coffee [one had a 2-liter coke bottle full] back to their wing;

(b) even as we H-wing residents are told " there's NO more coffee in the kitchen " i witness kitchen workers leave the serving line with empty hotpot inserts and return with full of coffee inserts; and,

(c) after Breakfast kitchen workers return to the dalling with coffee grounds to sell (with other items).

(I don't begrudge workers their Hustle — BUT, they shouldn't be stealing food and drink OFF THE LINE causing other Inmates to have to go without! They should buy their goods straight from the kitchen Commissary and get their Profit from Mark-up — same as the Military Quartermasters do!)

I don't begrudge the poor FOOLS at G-4 who're too stupid to keep their Acts together so they can buy Commissary Coffee — OR the unfortunate inmates who can't afford Comm-Coff due to no funds — from being ALLOWED to bring (1) cup off Coffee back from the IDR (a cup with Breakfast and one take-out is plenty of coffine for a daily issue/sustenence). What i DO object to

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

is G-4's/Kitchen Workers being allowed (by "Complacency" of Kitchen Staff, Kitchen Workers and Security) to turn blind eyes to this crap to the point G-3's on H and I wings almost NEVER got Breakfast Coffee. I, ALSO, STRONGLY TAKE AN EXCEPTION to being LIED to by Kitchen Staff (telling me there is **no** more coffee in the kitchen while their Inmate Workers are steadily refilling THEIR Coffee containers within eyesight). IF an Official (ANY Official) in Uniform/Suit LIES to a Citizen (even a Convict), that official is NOT WORTHY of Respect NOR worthy of wearing the Uniform.

**Action Requested to resolve your Complaint.** Request Kitchen Management and Staff be ORDERED TO INSURE EVERY INMATE RECEIVES THE SAME FOOD/DRINK!

**Offender Signature:** _[signature]_                    **Date:** 03-10-2023

**Grievance Response:**

Your complaint has been noted. This matter will be addressed. Food services managers will be made aware of this problem. There will be a proper training for security staff on how to properly strip search the inmate workers. No further action is warranted.

P. Samaniego, Asst. Warden

MAY 22 2023

**Signature Authority:** _____                    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

Diez_005

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2023106202 |
| Date Received: | 05/22/23 |
| Date Due: | 07/20/23 |
| Grievance Code: | 501 |
| Investigator ID #: | 2925 |
| Extension Date: | |
| Date Retd to Offender: | 2 9 JUN 2023 |

Offender Name: James Logan Diez     TDCJ # 2399291
Unit: McConnell     Housing Assignment: 12-B-68
Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I-60 sent to Property Officer     When? 05-13-2023

What was their response? I have received NO response whatsoever to date.

What action was taken? NONE.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 5-12-2023 i was removed from 7-H-34B and placed in PreHearing Detention cell 12-B-68.
   My property (minus my Tablet and 2 $1⁰⁰ shaving mirror) was brought to me the afternoon of 05-13-2023. The delivering Officer left before the property could be checked.

Upon checking the property, i discovered the $70⁰⁰ headphones were broken; and, my $50⁰⁰ radio no longer worked at all. BOTH items were Intact and in working condition when i left them in my cell the morning of 5-12-2023.

   * I am NOT asking for the State/TDCJ-CID to pay for replacement — i simply want TDCJ-CID Admin/Commissary to permit me to IMMEDIATELY purchase a replacement radio w/headphones and antenna (without further delay) from my own personal funds i have on the Trust Fund Account.

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

**Action Requested to resolve your Complaint.** _Immediate purchase of a new, replacement radio and headphones with I-antenna from my own Funds._

**Offender Signature:** _J. Logan Deez_       **Date:** 05-19-2023

**Grievance Response:**

Your grievance has been reviewed. Commissary contends that after getting a pink slip from property you will be able to replace items mentioned. No further action is warranted.

_Asst Warden C. Flannel_

**Signature Authority:** _____       **Date:** _____

JUN 28 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023115112
Date Received: 06·07·23
Date Due: 7.17.23
Grievance Code: 500
Investigator ID #: 30152684
Extension Date: 8/24
Date Retd to Offender: OCT 2 0 2023

Offender Name: James Logan Diez    TDCJ # 2399291
Unit: McConnell    Housing Assignment: 12-B-68
Unit where incident occurred: McConnell    7A-53D

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Have spoken with 3-4 staff.    When? Different Times,
What was their response? Said, "that's the kitchen", or similar phrases.
What action was taken? NONE. The problem persists.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The aluminum tray carriers used to bring food/meals from the food prep area of 12-Bldg to the cells are designed to carry (8) trays full of food separated by a space about 1½" from the top of one tray to the bottom of the tray above (and visa versa).

Either staff or trustys are loading the carriers with (16) trays rather than (8) on a REGULAR BASIS — about every 2nd or 3rd meal.

This "Double Loading" necessarily places the top tray's bottom ON TOP OF THE FOOD in the lower tray.

"Double Loading" is nothing more than laziness of the staff/trustys who don't want to make more trips to insure the food on our trays does NOT get contaminated by WHATEVER might be on the bottom of the tray sitting on top.

Such apathy and disregard is intolerable and absolutely unacceptable behavior.

*Would WARDEN Holmes eat food off a plate if it were served with another staff members plate

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

**Diez_008**

Appendix F

Sitting on top of his food?

Not everyone on 12-Bldg can afford to eat food out of Commissary when their meal has either had another tray stacked on top of their food — or has another inmate's food stuck all over the bottom of their trays.

* A PERMANENT resolution to this problem needs to be made.

**Action Requested to resolve your Complaint.** Stop (permanently) the practice of "Double Stacking" trays of food in the Food Carriers.

**Offender Signature:** _F. Regan Diaz_    **Date:** 6-5-2023

**Grievance Response:**

Your claim has been investigated and reviewed. This issue has been brought to the attention of the food service supervisor and training has been conducted with supervisors and food service workers regarding the delivery of trays.   No further action is warranted from this office.

Warden A. Antonett

**Signature Authority:** _____    **Date:** 10/17/83

If you are dissatisfied with the Step I response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)    **Diez_009**    Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**

2399291

Offender Name: James Logan Diez TDCJ # 2399291

Unit: Mc Connell Housing Assignment: 12-8-68

Unit where incident occurred: Mc Connell 7H-53D

OFFICE USE ONLY

Grievance #: 2023131248

Date Received: 17 JUL 2023

Date Due: 8-26-23

Grievance Code: 701

Investigator ID #: 2484 347

Extension Date: 1015

Date Retd to Offender OCT 27 2023

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. (written) on 2-4 different
Who did you talk to (name, title)? Law Library (Indigent) Officer When? occassions
What was their response? They gave NO response whatsoever - just keep doing it.
What action was taken? None that i can see & it can repeat every lockdown

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance has to do with obtaining NON-Indigent
Correspondence Supplies during prolonged LOCKDOWN.

* TDCJ-CID Regulations provide that NON-Indigent
Prisoners can obtain pens, envelopes, paper and/or
postage AS NEEDED within "reasonable limits"
through the Unit "Indigent Correspondence Office"
after 7 days of continuous Lockdown status.
NOTHING IN SAID REGULATIONS REQUIRES
PRISONERS WITH FUNDS TO "JUSTIFY" THEIR
REQUESTS, AS THEY ARE PAYING FOR THESE
SUPPLIES "UP-FRONT" OUT OF THE ITF.


* During BOTH the Present Lockdown AND last lockdown
previous to this one - when I requested "LOCKDOWN
SUPPLIES" from the Law Library, they refused to
send me the REQUESTED (reasonable amounts) of
envelopes, paper, and pens; AND, they insisted on
applying the SAME requirements, restrictions, and
limits as they apply to INDIGENT Prisoners (whose
supplies are coming out of the State's/TDCJ's pocket.
I AM NOT INDIGENT - when I request lockdown
supplies I PAY for the supplies out of my OWN Funds
(whether they are used for Personal or Legal is irrelevant.)

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

*Also — They tell me legal materials require justification," AND "Use supplies previously issued", when DENYING my request for supplies.

I AM NOT INDIGENT — ergo, NOTHING in TDCJ rules requires me to explain my personal/legal use of supplies; and, since I do have my own stamps and DON'T send anything out by Law Library — just how do they presume I have not used what I already got before? whether I've used ALL or not is irrelevant. *The Law Library is stamping "INDIGENT" on the front of the envelopes — This VIOLATES FINANCIAL Confidentiality Law!

**Action Requested to resolve your Complaint.** (1) the Law Library staff fill NON-Indigent requests WITHOUT applying INDIGENT RULES; and, STOP stamping

**Offender Signature:** _____     **Date:** 7-12-2023

**Grievance Response:**

Your grievance has been reviewed. After obtaining and reviewing statement from staff, no evidence was found to substantiate your allegation against staff or of staff violating policy. Evidence revealed all issuance of supplies as per policy. No further action is warranted by this office.

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Diez_011

Appendix F



**Texas Department of Criminal Justice**

*12B-08*

# STEP 1
## INMATE
## GRIEVANCE FORM

7I - 14B

**OFFICE USE ONLY**

Grievance #: 2023142333

Date Received: AUG 10 2023

Date Due: 09-19-23

Grievance Code: 513

Investigator ID #: 2925 2547

Extension Date: 10/29/23

Date Retd to Inmate: FEB 26 2024

Inmate Name: James Logen Diez    TDCJ #2399291

Unit: McConnell    Housing Assignment: 7-I-17B

Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office & Property officer *& multiple I-60's sent to*    When? Present *May 19. through*

What was their response? Griev. Office No Action referred to Prop Officer/Prop. Off. No Response

What action was taken? None — still can't get replacement Radio!

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Ref. Grievance No. 2023108202 responded to on June 28, 2023, (referring me to Prop. Officer action).

I have been TRYING to replace a NON-working radio since May 13, 2023 —
When I filed Grievance Step 1 asking to PLEASE let me purchase a replacement radio with my own money, i was told on June 28, 2023, the Commissary would let me buy another radio when the Property officer sent them a "pink slip."
Between June 28, 2023, and today's date, i have sent (4) I-60 Requests to "PROPERTY OFFICER, McConnell Unit" — NONE have been responded to (per TDCJ-CID Admin Policy).

* I have been very nice about this — as i am not asking the State pay for the radio even though it was rendered unfunctional by an Officer packing my property.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    **(OVER)**

I-127 Front (Revised 8/2022)    **Diez_012**    Inmate Grievance Operations Manual
Appendix F

ACU I went to do is get a REPLACEMENT/FUNCTIONING RADIO WITH MY OWN MONEY! (If you need me to turn in the BUSTED Radio, I still have it to turn in!)

ALL I NEED IS THE "PINK SLIP" sent to the Commissary!

**Action Requested to Resolve Your Complaint.** PLEASE, get the Property Officer to send the "Pink Slip" to the Commissary. AND, then the Commissary call me out to get the replacement radio? THANX! Have a nice day.

**Inmate Signature:** _____ **Date:** 8/9/2023

**Grievance Response:**

Your concern has been noted. Be advised, records reveal you purchased another radio on 10.31.23. No further action is warranted by this office.

**Signature Authority:** _____ **Date:** 2-20-2L

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Asst Warden P. Samaniego

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| 2nd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| 3rd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024016375 |
| Date Received: | OCT 06 2023 |
| Date Due: | Nov 15, 2023 |
| Grievance Code: | 500 |
| Investigator ID #: | 2684 m8L |
| Extension Date: | |
| Date Retd to Offender: | NOV 14 2023 |

Offender Name: James Logan Diez   TDCJ # 2399291
Unit: McConnell   Housing Assignment: 7-6-7
Unit where incident occurred: McConnell   H.536

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ROVER (Name Unknown) of 1ST Shift    When? 11:34 a.m. 10/2/23
What was their response? said she'd get the proper Johnnie meal from kitchen
What action was taken? FINALLY received a Johnnie @ 2:14 p.m.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 10-2-2023 at 11:32 a.m. the Rover & (3) SSI's passed out Johnnies on 7-6-1 section — AGAIN they did NOT have a "No Chicken" (medical dept. ordered) Johnnie for me. THIS HAS BEEN AN EVERY TIME we have Chicken occurrence!

I tell the Rover and am told "we'll call the kitchen and get you a substitute meat sandwich," then leave.

* EVERY TIME, IF/WHEN i get fed AT ALL, it's 2-4 hrs before i get my food AFTER everyone else gets theirs!

* EVERY lockdown is the SAME thing. The computer clearly orders NO chicken, and EVERY TIME they fail to send a No chicken Johnnie for me!

Today the lunch Johnnies were passed out at 1134 hr, BUT

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

I-127 Back (Revised 11-2010)

i did not receive my lunch Johnnie until 1919 hr —
2 hours and 38 minutes AFTER everyone else was fed.

This is inexcusable and Elderly Abuse!

Action Requested to resolve your Complaint. Request the lockdown kitchen crew
be made to get their act together and STOP making
ME have to wait 2-4 hours for meals (IF/WHEN
i'm fed at all) after everyone else already got fed!

Offender Signature: _____    Date: 10-02-2023

Grievance Response:

The McConnell Unit's Food Service Major was made aware of your complaint. Major advised that during lockdown, all inmates received a substitution for their allergy. The allergy list is printed daily. No further action warranted by this office.

P. Samaniego, Asst. Warden

Signature Authority: _____    Date: 10-9-02-

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

**Texas Department of Criminal Justice**

## STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024031472 |
| Date Received: | NOV 0 8 2023 |
| Date Due: | 12-70 |
| Grievance Code: | 501 |
| Investigator ID #: | 7877 MP2 |
| Extension Date: | 1.27.24 |
| Date Retd to Offender: | DEC 1 8 2023 |

Offender Name: James Logan Diez   TDCJ # 2399291

Unit: McConnell   Housing Assignment: 7-4-55B

Unit where incident occurred: McConnell   7-55B

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Commissary & Bldg Sgt's on duty   When? from Oct 27 to Nov 7, 2023

What was their response? Said they'd "check on it" each time.

What action was taken? They "checked" and still no resolution to date.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

* On October 20, 2023, my friend Jackie Darlene Daniels (in San Angelo, TX) placed the following eComm order for me:

➤ E Comm Order #662256210 for $94.80
➤ E Comm Service #662256212 for $3.75

Total Paid $98.55

As of this Grievance Date it has been (17) days since the Order was placed by Ms Daniels and the Order has STILL NOT been delivered.

* The eComm website informed Ms Daniels that her Order would be delivered to me within (72) hours [3 days] or if under holiday weekend within 4-5 days — she was, also, told that if there was an ongoing lockdown, Orders that were placed BEFORE the lockdown would be delivered within (14) days.

So it has been at least (3) days beyond maximum delivery time allowed; and, as much as (14) days beyond the normal time Ms Daniels was told her Order would be delivered.

* NOTE: Ms Daniels is currently hospitalized for SEVERE

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Diez_016**

Appendix F

STRESS DISORDER after a factual suicide attempt, and is not currently allowed to make/receive phone calls. I have been advised that she is experiencing abnormal stress levels due to her eComm Order NOT reaching me — so I am requesting this Grievance be EXPIDITED so i can tell Ms Daniels Psychiatric Care givers to assure her the Order has been delivered to me and relieve her of THAT stress so she can focus on dealing with more important problems. This should NOT have happen.

**Action Requested to resolve your Complaint.** That my eComm from Ms Daniels be immediately delivered and such delay NOT happen again.

**Offender Signature:** _(signature)_   **Date:** Nov. 7, 2023

**Grievance Response:**

Documentary evidence reflects you received your Ecomm on 11/08/2023. All commissary sales stopped during the state-wide lockdown. Commissary staff are working diligently to ensure all Ecomms are delivered to inmates. No further action warranted by this office.

P. Samaniego, Asst. Warden

**Signature Authority:** _(signature)_   **Date:** 12-7-2-

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2024045276

Date Received: 12/12/23

Date Due: 12-1/21/23

Grievance Code: 304

Investigator ID #: 3925-

Extension Date:

Date Retd to Offender: JAN 11 2024

Offender Name: James Logan Diez    TDCJ # 2399291

Unit: McConnell    Housing Assignment: 12-A-5T-146

Unit where incident occurred: McConnell & Dallas, TX T-146

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? No One to Talk to about this When? N/A

What was their response? N/A

What action was taken? N/A

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

When the "Scanned mail" Policy was implemented Sept. 6, 2023, Both Prisoners and our loved Ones WERE and HAVE continuously been told: "Mail will be available within three business days." [1] That's 3 days from receipt by the Digital Mail Processor. However; i have received the following mail on the Securus tablet:

* Letter from Angus McClean postmarked 8-17-23 posted on tablet 9-13-23 (27 dys)
* Letter from Jackie Daniels postmarked 9-01-23 posted on tablet 10-17-23 (46 dys)
* First State Bank Statement postmarked 8-31-23 posted on tablet 10-19-23 (49 dys)
* First State Bank Statement postmarked 9-02-23 posted on tablet 10-20-23 (48 dys)
* Letter from Beatrice Massoth postmarked 8-30-23 posted on tablet 11-07-23 (68 dys)
* Letter from Angus McClean postmarked 9-28-23 posted on tablet 11-28-23 (61 dys)
* Newsletter from Prisoner Express postmarked 10-18-23 posted on tablet 11-30-23 (43 dys)
* Letter from Absolute Insight postmarked 10-25-23 posted on tablet 11-30-23 (36 dys)
* Letter from Prisoner Express postmarked 10-05-23 posted on tablet 11-30-23 (56 dys)
* Letter from First State Bank postmarked 10-23-23 posted on tablet 12-02-23 (10 dys)
* Letter from Jackie Daniels postmarked 10-02-23 posted on tablet 12-05-23 (64 dys)

This is a DELAY of between 10 and 68 days from postmark to delivery on my tablet — AVERAGE DELAY = 46.19 DAYS —

USPS delivers mail within 5 days of postmark anywhere in the USA — which means mail sent to the digital processing center is taking an Average of 41 Days (from 5 to 63 days) to be posted on our Tablets.

* This renders time sensitive correspondence meaningless —

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

a loved one of mine wrote me about a financial crisis
and it took her letter (68) days [as compared to the 4-5
days under the old mail regulations] to reach my tablet.
By the time I received her letter on my tablet, it was 2 MONTH
TOO LATE to help her!

There is NO EXCUSE for a (68) day NOR (40) day NOR
EVEN a (14) day Delay in delivery from Receipt by the
scanning company to posting on our tablets. Our Loved Ones
are told THREE (3) days — we are told (3) days as
well. (3) days is a egregious lie!

**Action Requested to resolve your Complaint.** Go back to Direct U.S.P.S. Mail — or deliver
scanned mail within (10) days of postmark consistently.

**Offender Signature:** _R. Hagan_    **Date:** Dec. 6, 2023

**Grievance Response:**

The Digital Mail Processing Center is backlogged with mail. TDCJ is sending staff weekly to assist in the
processing. Staff are working tirelessly to process the mail in a timely manner and no delay is intentional. No
further action warranted by this office.

P. Samaniego, Asst. Warden

**Signature Authority:** _____    **Date:** _1/10/22_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY |
| --- |
| Initial Submission _____ UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| **2ⁿᵈ Submission** UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| **3ʳᵈ Submission** UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

Appendix F



# Texas Department of Criminal Justice

## STEP 1
### INMATE
### GRIEVANCE FORM



| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024071770 |
| Date Received: | FEB 2 6 2024 |
| Date Due: | 4/6/24 |
| Grievance Code: | 501 |
| Investigator ID #: | 2020 242 |
| Extension Date: | |
| Date Retd to Inmate: | MAR 2 6 2024 |

Inmate Name: James Logan Diez     TDCJ # 2399291     3A - 48B

Unit: McConnell     Housing Assignment: 7-I-14B

Unit where incident occurred: McConnell Unit (@ Commissary)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Comm. Employee Sanchez     When? Approx. 2/15-19/24

What was their response? Told me it was policy they couldn't change.

What action was taken? NONE.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Commissary regularly places limits on the number of any given item when shelf supplies are low — which is understandable. HOWEVER —

When i/we go to Commissary on our REGULAR day to make purchases, if we have an eComm, we're given the eComm FIRST, and then our Regular order is filled.

➤ The PROBLEM is — they apply the item limits to the eComm!

That is, for example, if there is a (3) limit on an item like coffee; and, our eComm contains (2) coffees; then we're only allowed (1) coffee on our Regular order.

THIS is NOT right! eComm items are SUPPOSED to be separate and apart from anything we purchase during our regular Commissary. eComm's are NOT regular.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Also — inmates who go to commissary, then a day or few
later are called to receive an eComm, do NOT have
the regular Commissary limits subtracted from their eComm.
So there's an inequity of treatment there.

**Action Requested to Resolve Your Complaint.**

I request eComm's and the eComm Orders' contents be
kept separate from our Regular Commissary purchase
orders — i.e. That whatever limits are placed on regular
commissary NOT effect or be effected by eComm items.

Inmate Signature: _Logan Diez_            Date: Feb, 23, 2024

**Grievance Response:**

The McConnell Unit's Commissary Department was made aware of your complaint. Staff advised that limits on
items are placed by Commissary & Trust Fund in Huntsville state-wide. A unit's commissary can not override
these limits. No further action warranted by this office.

Signature Authority: _Ned O. Mgd_    Assistant Warden        Date: March 18, 2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature:_____

Application of the screening criteria for this grievance is not expected to adversely
affect the inmate's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| 2ⁿᵈ Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| 3ʳᵈ Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

1/18/24 and 3/5/24 because (apparently) my money had been "lost" somehow when the ITF computer crashed.

FACT: TDCJ-CID/Inmate Trust-Commissary Fund OWES ME $12.00 because i have NOT purchased anything to account for the missing $12.00

**Action Requested to Resolve Your Complaint.**

Request the missing $12.00 be re-credited to my Commissary Account immediately.

Inmate Signature: _____     Date: 03/05/2024

**Grievance Response:**

*Your grievance has been reviewed. Documentation reflects a deposit of $200.00 on 02/21/24. An outside purchase in the amount of $12.00 was deducted on 02/21/24 to News China Magazine. The $20.00 deduction for court fees on 02/21/24. On 03/05/24 you then have a $171.00 commissary purchase. This leaves a current balance of $ 0.27. The $12.00 appears to be reflected on an outside purchase from your account. The purchases with your deposits are correct. Your current balance as of 03/17/24 is $180.27. No further action warranted by this office.*

Signature Authority: Kevin O Makes Assistant Warden      Date: 3-18-24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | **UGI Initials:** _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | **UGI Initials:** _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

I-127 Back (Revised 8/2022)

**Diez_022**

Inmate Grievance Operations Manual
Appendix F



**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

Inmate Name: James Logan Diez     TDCJ # 2399291
Unit: Mc Connell     Housing Assignment: 7-i-19
Unit where incident occurred: Mc Connell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. (name unknown) on 7-Bldg Desk     When? 8-15-2023  @ 1047 hr

What was their response? He said the Mailroom called and said to hold till Chow.

What action was taken? I was not permitted to go @ the time of my Pass    AUG 16 202

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

THIS PROBLEM IS REPEATING ITSELF REGULARLY.

\* I am sent a Pass BY MAILroom telling me to come to the mailroom for LEGAL MAIL between 10-11 a.m.

\* When i TRY to go to Mailroom 10-11 am, i'm told "go when You go to Chow" and refused exit from 7-Bldg.

\* When Chow is called sometime AFTER 11:00 a.m. and i go straight to the mailroom — it's CLOSED 90-95% of the time because the Staff are mostly gone on lunch Break and don't return until AFTER 1200 hr.

\* That means i, a 67yr old man, must stand in either the heat of Summer or cold of winter for

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

I-127 Front (Revised 8/2022)          **Diez_023**          Inmate Grievance Operations Manual
Appendix F

an and the line moves up so i can get my LEGAL
mail.

THIS MAKES NO SENSE and amounts to Elderly
Abuse. IF the mailroom sends me a 10-11 am
Pass - i SHOULD be able to GO TO the 10-11 am Mail!

AUG 16 2023

**Action Requested to Resolve Your Complaint.**
(1) REQUEST THE MAILROOM HONOR THE TIME THEY PUT
ON THE PASS and the BUILDING TOLD TO SEND ME AT
THE TIME ON THE PASS: and, (2) REQUEST MAILROOM BE
WARNED TO NOT RETALIATE FOR THIS GRIEVANCE. AUG 16 2023

**Inmate Signature:** _____ **Date:** 8-15-2023

**Grievance Response:**




**Signature Authority:** _____ **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. * 8/10

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Gaona / M. Gaona

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission     UGI Initials: MG
Grievance #: 2023145214
Screening Criteria Used: 02-899
Date Rec'd from Inmate: AUG 16 2023
Date Returned to Inmate: AUG 16 2023
2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Inmate: _____
Date Returned to Inmate: _____
3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Inmate: _____
Date Returned to Inmate: _____

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: James Logan Diez    TDCJ # 2399291

Unit: McConnell    Housing Assignment: 12-B-8

Unit where incident occurred: McConnell (Mishousing)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. & (2) CO's who were doing shakedown  When? during 9-17-23 shakedown

What was their response? Said they'd try to find my things.

What action was taken? They checked the trash & such but couldn't find.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 9-17-2023 @ approx. 10-1030 hr my cell was searched in accordance with the Director's "Emergency Lockdown" search for weapons. Upon return to my cell and getting my things re-organized, I discovered the following items were missing:

* 1- 2023 "Witches Calander" (which contained all the known Ancient Pangean Holidays and Religious Sabbats); and,

* 4- commissary-purchased peanutbutter jars used as rat/mice proof containers for my creamer, cappucino, sweetner and hot cocoa. (The containers held only a residue of the powder, because i ran out and haven't been to Commissary again yet.)

Guards KNOW there's a SERIOUS rodent and pest infestation on 12-Bldg and the stiff plastic jars from Commissary is the ONLY way to keep the rats/mice from chewing into the plastic bags (which chew holes allow roaches/ants to get in). So they're

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

I-127 Back (Revised 11-2010)

NOT perse "Contraband" and are NECESSARY storage containers in the rodent infested building.

* PROOF of my ownership and legitimate possession of the Calender — see copy of Order Form / Invoice herewith. (I THINK, but am not sure, the calender was taken because i also have a PETA calender, but the Sabbat Calender had Religious Holidays.)

**Action Requested to resolve your Complaint.**                                    SEP 18 2023

(1) I want my Calender either replaced or I compensation therefor in the amount of $11.95 + $1.00 p&h.; and, (2) I want SOME kind of rodent-proof storage containers to replace the jars that were taken — (a lockbox would be okay).

**Offender Signature:** _L. Logan Diez_            **Date:** 9-17-2023

**Grievance Response:**

**Signature Authority:** _____                **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically-threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☑ 11. Inappropriate. *

**UGI Printed Name/Signature:** _Mirello  Em_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2">**OFFICE USE ONLY** Em</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: Em</td></tr>
<tr><td colspan="2">Grievance #: 2024007225</td></tr>
<tr><td colspan="2">Screening Criteria Used: #11-599</td></tr>
<tr><td colspan="2">Date Recd from Offender: SEP 18 2023</td></tr>
<tr><td colspan="2">Date Returned to Offender: SEP 18 2023</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:</td></tr>
<tr><td colspan="2">Grievance #:</td></tr>
<tr><td colspan="2">Screening Criteria Used:</td></tr>
<tr><td colspan="2">Date Recd from Offender:</td></tr>
<tr><td colspan="2">Date Returned to Offender:</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:</td></tr>
<tr><td colspan="2">Grievance #:</td></tr>
<tr><td colspan="2">Screening Criteria Used:</td></tr>
<tr><td colspan="2">Date Recd from Offender:</td></tr>
<tr><td colspan="2">Date Returned to Offender:</td></tr>
</table>

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

4/12/2023

**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE

OFFICE USE ONLY

Grievance #: 2023044407

UGI Recd Date: MAR · 2023

HQ Recd Date: APR 05 2023

Date Due: 5 3 23

Grievance Code: 307

Investigator ID#: I0674

Extension Date:

Offender Name: James Logan Diez    TDCJ # 2349291

Unit: McConnell    Housing Assignment: 7-H-34 B

Unit where incident occurred: Mc Connell

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The Unit response is totally unacceptable and does NOT comply with TDCJ-CID Correspondence Policy Chapter 3, III which defines "Legal Correspondent is any (...) legal aid society which is an organization providing legal services, that contacts an offender to in order to provide legal services."

The Southern Poverty Law Center **IS**, and has always been recognized as, a "Legal Aid Society"; and, communicates nationwide with Prisoners for initial legal consultation to determine whether the SPLC Resources are capable/free to file litigation with regard to the Prisoner's issues. SPLC is registered and regularly communicates on legal issues with TDCJ-CID inmates systemwide via PRIVILEDGED communications

    NOTE: The envelope is VERY CLEARLY stamped on the left side, "LEGAL MAIL - PRIVILEDGED AND CONFIDENTIAL."

AT THE VERY LEAST — AND PRIOR TO OPENING — McConnell Unit Mailroom Staff SHOULD have given myself/SPLC The opportunity to APPEAL the Unit Decision cancelling SPLC's status as a "legal aid society" due priviledged communication.

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

McConnell Unit Mailroom Staff needs additional training; and, adviseably, given a List of all the National legal Aid Societys and Organizations that provide advise, assistance and representation to Texas Prisoners.

**Offender Signature:** J. Rogan D   **Date:** 03-23-2023

**Grievance Response:**

*   *   *   *   *   *   *   *   *   *   *   *   *

Your complaint has been reviewed. McConnell Unit Mailroom was initially advised, erroneously, that Southern Poverty Law Center was general correspondence. Mailroom has been advised that Southern Poverty Law Center is a legal correspondent. No further action warranted.***

**Signature Authority:** Tammy Shelby   **Date:** 04/14/2023

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)

Appendix G

**Diez_028**

**Texas Department of Criminal Justice**

**STEP 1**   **OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2023044407

Date Received: DEC 16 2022

Date Due: Jan 25, 2023

Grievance Code: 307

Offender Name: James Logan Diez    TDCJ # 2399291

Investigator ID #: 2684 2644

Unit: McConnell    Housing Assignment: 7-H-34 Bottom

Extension Date: 3-6-23

Unit where incident occurred: McConnell

Date Retd to Offender MAR 21 2023

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lady @ Mailroom Window    When? 12-12-2022

What was their response? Told me she had no knowledge about it (Nor did Ms Salles).

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The attached article of LEGAL mail was opened outside my presence and sent to my cell taped closed with just the tab of tape.

The guard delivering it, or ANYONE accessing the mail crate sitting on the floor at the Front Sgt's Desk, could easily have opened the small tape tab and pried into my legal affairs.

Also, I have no way of knowing for certain whether or not some Mailroom Staff Member actually READ the material after they opened it, because I WAS NOT PRESENT WHEN IT WAS OPENED!

* SPLC is a Nationally recognized LEGAL AID Organization Staffed by Attorneys, Paralegals, Law Clerks, et. al. who provide FREE Legal Aid in selected cases. It is, also, recognized as "LEGAL MAIL" by TDCJ-CID.

This SHOULD NEVER HAVE BEEN OPENED OUTSIDE MY PRESENSE !!!

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Action Requested to resolve your Complaint. I request WHOEVER opened this outside my presence, and ALL Mailroom Staff, be properly Trained.

Offender Signature: X. _____ Date: 12-16-2022

**Grievance Response:**

Your allegations have been reviewed and investigated. It was found that your mail was opened within the guidelines set forth by TDCJ Policy/Procedure regarding legal/non-legal correspondence. The SPLC Southern Poverty Law Center is not referenced as a legal correspondent. No further action is warranted from this office at this time.

Asst Warden P Samaniego

Signature Authority: A P _____ Date: 3 16 27

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:**

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:**

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

Diez_030

**Action Requested to resolve your Complaint.** I request WHOEVER opened this outside my presence, and ALL Mailroom Staff, be properly trained.

**Offender Signature:** J. Logan Diez      **Date:** 12-16-2022

**Grievance Response:**

> Your allegations have been reviewed and investigated. It was found that your mail was opened within the guidelines set forth by TDCJ Policy/Procedure regarding legal/non-legal correspondence. The SPLC Southern Poverty Law Center is not referenced as a legal correspondent. No further action is warranted from this office at this time.

*Asst Warden P Samaniego*

**Signature Authority:** A. P. S.      **Date:** 3-16-22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. \*

☐ 3. Originals not submitted. \*

☐ 4. Inappropriate/Excessive attachments. \*

☐ 5. No documented attempt at informal resolution. \*

☐ 6. No requested relief is stated. \*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. \*

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. \*

☐ 11. Inappropriate.

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back (Revised 11-2010)**

<table>
<tr><td colspan="2">Date: <b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Appendix F**

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| | STEP 1   ✕ |
|---|---|
| **GRIEVANCE OFFICE USE ONLY** | **STEP 2** |

| Unit: | ML | Investigator ID: | I 2644 | Date Initiated: | 12/16/22 | Date Completed: | 03/02/23 | Date Due: | 03/06/23 |
|---|---|---|---|---|---|---|---|---|---|
| Offender Name: | DIEZ, JAMES LOGAN | | | TDCJ No: | 02399291 | Grievance Number: | 2023044407 | | |

| Issue Code: | EMERGENCY | | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|---|
| 703 ~~361~~ | YES | ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO | (✕) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity*

*Note: Offenders are not allowed to review the grievance Investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue: (Include date, time and location):**

INMATE STATES HIS LEGAL MAIL WAS OPENED & HE WAS NOT PRESENT. CLAIMS MAIL WAS THEN SENT TO HIS CELL TAPE CLOSED.  STATE HE HAS NO WAY OF KNOWING IF MAILROOM STAFF ACTUALLY READ HIS MAIL.

**Requested Remedy:**

I request whoever opened this outside my presence and all mailroom staff be properly trained.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

1. Statement from J. Salles Mailroom attached.
2. MSCP Email
3. Copy of envelope
4. BP-03.91 pages 9-10
5. Appendix M

**Suggested Response to Offender:**

Your allegations have been reviewed and investigated.  It was found that your mail was opened within the guidelines set forth by TDCJ Policy/Procedure regarding legal/non-legal correspondence.  The SPLC Southern Poverty Law Center is not referenced as a legal correspondent.  No further action is warranted from this office at this time.

**OUTCOME CODE:** D    **RESOLUTION CODE:** 02.01

Investigating official completes the section below:

| **Printed Name:** | GP Rich | **Signature:** | |
|---|---|---|---|
| **Title:** | Grievance Investigator III | **Date:** | 03/02/23 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382.  It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.



**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023073867
2023

UGI Recd Date:

HQ Recd Date: APR 19 2023

Date Due: 5-23-23

Grievance Code: 500

Investigator ID#: 12906

Extension Date: JUL 02 2023

Offender Name: James Logan Diez     TDCJ # 2399291

Unit: McConnell     Housing Assignment: 7-H-34 B

Unit where incident occurred: McConnell

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**  *I am dissatisfied with the response at Step 1 because...*

The Unit response has absolutely NOTHING to do with the issue i grieved; and, the unit response evidences clearly that the Unit Grievance Investigator/Responder did NOT read the Grievance Step 1 attentively.

No. 1 — the Grievance Step 1 was submitted BEFORE the bi-annual security search lockdown started on 03-13-2023; a full two weeks before Step 1 GRIEVANCE filed 02-28-2023.

No. 2 — the Step 1 Grievance specifically grieved the "Johnny Sacks;" served on 2-27&28, 2023 — and, generally the months prior to that, because this grieved practice is a REGULAR-ONGOING practice Unit Officials have either failed/ refused to correct, or CAN'T correct due to the lack of proper training in Unit Management?

I restate — EVERY time Unit Admin. at McConnell deems the Unit "Short-Staffed" — they feed "Johnny Sacks" to 7-Bldg, while the Dorms, 3&4 Bldg, and even 8-Bldg & Ad.Seg. get Hot meal trays. This occurs REGULARLY at anywhere from 2 to 8-10 meals EVERY week! They NEVER rotate — it's ALWAYS 7-Bldg getting the "Staff Shortage" Johnny Sacks and Insufficient NUTRIENTS (and fewer CALORIES

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

**Appendix G**

Rec'd Case on APRIL 10 2023.



# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

Offender Name: James Logan Diez    TDCJ # 2399291

Unit: McConnell    Housing Assignment: 7-H-34B

Unit where incident occurred: McConnell

| OFFICE USE ONLY |
|---|
| Grievance #: 2023073867 |
| Date Received: FEB 28 2023 |
| Date Due: 4-9-23 |
| Grievance Code: 500 |
| Investigator ID #: 2684923 |
| Extension Date: |
| Date Retd to Offender APR 10 2023 |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Several Shift Sgt.s & Lt. Pena one time    When? Between 9-19-22 and 2-27-23.

What was their response? Said it wasn't anything they could change.

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 2-27 and 28-2023 7-Bldg was fed "Johnny Sacks" at Breakfast; and, on 2-25 and 26-2023 fed "Johnny Sacks" for Lunch. This practice of NOT feeding 7-Bldg hot, nutritionally balanced meals when a Personnel shortage occurs for whatever reason on a Shift has been a regular, normal Policy since i first arrived at McConnell. Such Policy violates not only TDCJ Policy — but also State and Constitutional Law.
* A-Side (3 and 4 Bldgs and the Dorms) are fed hot, nutritionally balanced meals when a Shift is short of Personnel; and, even the 8-Bldg G4-5 and "Overflow" are fed regular meals on the 8-Bldg's "hot box" trays.
7-Bldg G-3's are no different from the G-3's on A-Side, and to treat us differently from A-Side G-3's violates the Texas and U.S. Constitutions EQUAL RIGHTS and PRIVILEDGES Clauses. Furthermore, TDCJ-CID Operational Policy (while allowing the substitution of Johnny Sacks during Security Emergencies; Lockdowns; Quarantines; and such) does NOT permit Unit

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Offender Grievance Operations Manual
Appendix F

Diez_034

Officials to feed half the Unit hot meals and the other half Johnny Sacks — or One Building Johnny Sacks, merely because there's a staff "blue flu" or whatever shortage. It is simple to extend the feeding period by 30 minutes or so and allow 7-Bldg G3's to eat in whatever Chow Hall Unit Admin. has enough staff to Open.

**Action Requested to resolve your Complaint.**
Treat A-Side and B-Side G3 Prisoners the same; and, STOP feeding 7-Bldg 63's Johnny Sack meals that are NUTRITIONALLY lacking and different from A-Side 3&4 Bldg G3's. I/We deserve EQUAL Dining Priviledges/Rights per TDCJ-CID Policy.

**Offender Signature** _____ **Date:** Feb. 28, 2023

**Grievance Response:**

Your complaint has been noted. McConnell Unit is on a semi-annual lock down that is why sack meals are being fed. The entire unit has been on a hot meal rotation and all buildings have been receiving a hot meal at least once a week. No further action is warranted.

APR 05 2023

**Signature Authority:** _____ P. Samaniego, Asst. Warden _____ **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2023073867 |
| Date Received: | FEB 28 2023 |
| Date Due: | 4-9-23 |
| Grievance Code: | 500 |
| Investigator ID #: | 26842923 |
| Extension Date: | |
| Date Retd to Offender: | APR 10 2023 |

Offender Name: James Logan Diez     TDCJ # 2399291

Unit: McConnell     Housing Assignment: 7-H-34B

Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Several Shift Sgt.s & Lt. Pena one time    When? Between 9-19-22 and 2-27-23

What was their response? Said it wasn't anything they could change.

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 2-27 and 28-2023 7-Bldg was fed "Johnny Sacks" at breakfast; and, on 2-25 and 26-2023 fed "Johnny Sacks" for Lunch. This practice of NOT feeding 7-Bldg hot, nutritionally balanced meals when a Personnel shortage occurs for whatever reason on a Shift has been a regular, normal Policy since i first arrived at McConnell. Such Policy violates not only TDCJ Policy — but also State and Constitutional Law.

   ★ A-Side (3 and 4 Bldgs and the Dorms) are fed hot, nutritionally balanced meals when a Shift is short of Personnel; and, even the 8-Bldg G4-5 and "Overflow" are fed regular meals on the 8-Bldg's "hot box" trays.

7-Bldg G-3's are no different from the G-3's on A-Side, and to treat us differently from A-Side G-3's violates the Texas and U.S. Constitution's EQUAL RIGHTS and PRIVILEDGES Clauses. Furthermore, TDCJ-CID Operational Policy (while allowing the substitution of Johnny Sacks during Security Emergencies; Lockdowns; Quarantines; and such) does NOT permit Unit

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

Officials to feed half the Unit hot meals and the other half Johnny Sacks — or One Building Johnny Sacks, merely because there's a staff "blue flu" or whatever shortage. It is simple to extend the feeding period by .30 minutes or so and allow 7-Bldg G3's to eat in whatever Chow Hall Unit Admin. has enough staff to Open.

**Action Requested to resolve your Complaint.**
Treat A-Side and B-Side G3 Prisoners the same; and, STOP feeding #7-Bldg 63's Johnny Sack meals that are NUTRITIONALLY lacking and different from A-Side 3 & 4 Bldg G3's. I/We deserve EQUAL Dining Priviledges/Rights per TDCJ-CID Policy.

**Offender Signature:** _X Regan Diaz_    **Date:** Feb. 28, 2023

**Grievance Response:**

Your complaint has been noted. McConnell Unit is on a semi-annual lock down that is why sack meals are being fed. The entire unit has been on a hot meal rotation and all buildings have been receiving a hot meal at least once a week. No further action is warranted.

**Signature Authority:** _____ P. Samaniego, Asst. Warden_____    **Date:** APR 05 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F



ACCEPT AS ORIGINAL

**Texas Department of Criminal Justice**

# STEP 2
### INMATE
### GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2023151045 |
| UGI Recd Date: 11/13/23 |
| HQ Recd Date: NOV 21 2023 |
| Date Due: 12-23-2023 |
| Grievance Code: 515 |
| Investigator ID #: 10742 |
| Extension Date: FEB 0 1 2024 |
| Date Retd to Inmate: |

Inmate Name: James Logan Diez   TDCJ # 2399291

Unit: M° Connell   Housing Assignment: 7-H-53B

Unit where incident occurred: M° Connell Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific)**  *I am dissatisfied with the response at Step 1 because…*

I'm dissatisfied because:

(1) The Grievance Investigator @ Step 1 evidently assumed that Officer Gutierrez was telling the Truth in his written statement — he wasn't; Guiterrez LIED.

  * I would happily submit to a polygraph exam on this point; would Officer Gutierrez do the same?

(2) While the property was technically within my sight enrout to 12-Bldg; there was also (5) other Prisoners property all mixed together with mine on the cart; inclusive of several identical fans which made it impossible to distinguish between them just glancing at them being loaded off and on at 11-Bldg %or knowing whether each prisoner took ONLY his own fan (as some had 2 fans).

(3) At 12-Bldg i carried ONLY my mattress up to my Cell and was trying to check the property the SSI's were bringing up as THEY moved the rest of my Property from the cart to the Cell. When the last SSI said "that's all of it Ol'Skool" the guard doing the move shut the cell door.

(4) I Informed Officer Gutierrez of my missing fan AS Soon

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

**Diez_038**

AS HE CAME BY.

ACCEPT AS ORIGINAL

Case 2:23-cv-00269   Document 103-4   Filed 10/31/25 in TXSD   Page 40 of 49

* Acceptance of Employees' word as truth in every case and presuming the Prisoner Grievant is lying is EXACTLY why Grievance Investigators should NOT be TDCJ-CID Employees. Grievances SHOULD be investigated by some separate, Civillian Committe's staff to be IMPARTIAL.

**Inmate Signature:** Y. Logan Diez    **Date:** 11-10-2023

**Grievance Response:**

Your Step 2 Grievance has been investigated by the Central Grievance Office (CGO). You were appropriately advised at the Step 1 level. Without proof staff is responsible, a settlement is not warranted. No further action is warranted

**Signature Authority:** Back        Back    **Date:** FEB 13 2024

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

I-128 Back (Revised 8/2022)

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
|---|---|

Date UGI Recd: _____

Date CGO Recd: _____

(check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

2nd Submission            CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

3rd Submission            CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

Inmate Grievance Operations Manual
Appendix G

**Diez_039**

# Texas Department of Criminal Justice

OFFICE USE ONLY

## STEP 1 OFFENDER GRIEVANCE FORM

IMMEDIATE ACTION REQUESTED

Grievance #: 2023151045

Date Received: AUG 29 2023

Date Due: Oct. 8, 2023

Grievance Code: 515

Investigator ID #: ~~408H~~ 310

Extension Date: 11/17/23

Offender Name: James Logan Diez    TDC # 2349291

Unit: McConnell    Housing Assignment: 12-B-8 ~~7C-7B~~

Unit where incident occurred: McConnell    7H-53?

Date Retd to Offender: NOV 0 9 2023

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CO Gutierez on 12 Bldg. & I-60 to Major    When? 08-24 & 26, 2023 CO Gutierez | I-60

What was their response? Gutierez said he'd inform 2nd Shift / No reply to date on I-60

What action was taken? NONE that I am aware of/been informed on.

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On Thursday 24 Aug. 2023 i was moved from 7-I-19 to "Mishousing" on 12-B-2, BECAUSE i am 67yrs of Age with a hernia — in SSI and (2) other Inmates were recruited to assist in moving my property.

   Enroute ~~to~~ to 12-Bldg. — the CO over the moves stopped off by 11-Bldg to drop off an Inmate going there. All my property was taken OFF the Cart and set on the sidewalk by 11-Bldg Entry so said Inmate could get his property which was under mine. Then my property was all (supposedly) reloaded onto the cart.

   When we reached 12-Bldg — the SSI and other assisting Inmates carried my property (and i took my matress) to 2-cell and stacked it on the floor near my bunk. when i entered the cell, the officer closed the door and left.

   * When i organized my property for unpacking, i discovered my FAN (#23⁰⁰ value) was NOT there — it HAD been put on the Cart at 7-Bldg.

   * I, also, discovered my PADLOCK (#17⁰⁰ value) was NOT in any of the Bags — i suspect it was left hanging on the locker door in 7-I-19 (left on right-side door).

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Answer Rec'd by McC on 11-9-2023 @ 2221 hr.

J. Logan D

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

Diez_040

I immediately notified W Gutierrez on 12-3-18 asking he have an SSI "or someone" go check 11-Bldg entry (to see if my FAN had been accidently left on the sidewalk) — he refused; and, 2ⁿᵈ Shift called 7-Bldg to ask them to recover my lock from 7-I-19 cell's new Occupant. To Date — i have NOT had EITHER Lock OR FAN Returned to me. This constitutes a LOSS of $40.⁰⁰ value Property."

**Action Requested to resolve your Complaint.**
(1) Request henceforth Move Officers insure transported property get to the proper destination. (2) Request my Padlock be retrieved from 7-I-19 cell's Occupant, and delivered to me. (3) Request every effort be made to locate/recover my FAN; and, i be allowed to buy replacement

Offender Signature: _____    Date: August 28, 2023

**Grievance Response:**

Your complaint has been reviewed by this office. Officer Gutierrez submitted a written statement that indicated you never consulted with him in regard to any "lost" property. In reviewing your claim, it appears the property was never out of your sight during the transport to 12 building as you were able to give explicit details as to what took place. You also lead staff to believe your property items were more than likely left behind due to your negligence. Due to this, insufficient evidence was found to support your claim that staff was responsible for your alleged property loss. TDCJ is not responsible for theft of property perpetrated by other inmates. No action is warranted.

Signature Authority: P. Gonzales, Asst. Warden    Date: 11·6·2

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2ⁿᵈ Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3ʳᵈ Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

IMMEDIATE ACTION REQUESTED

OFFICE USE ONLY

Grievance #: 2023151045
Date Received: AUG 29 2023
Date Due: Oct. 8, 2023
Grievance Code: 515
Investigator ID #: 7084 310
Extension Date: 11/17/23
Date Retd to Offender: NOV 0 9 2023

Offender Name: James Logan Diez   TDCJ # 2349291

Unit: McConnell   Housing Assignment: 12-B-8

Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CO Guiterez on 12 Bldg. & I-60 to Major   CO Gutierez I-60   When? 08-24 & 26, 2023

What was their response? Guiterez said he'd inform 2nd Shift / No reply to date on I-60

What action was taken? NONE that I am aware of / been informed on.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On Thursday 24 Aug. 2023 i was moved from 7-I-19 to "Mishousing" on 12-B-2. BECAUSE i am 67yrs of Age with a hernia — an SSI and (2) other Inmates were recruited to assist in moving my property.

Enroute to 12-Bldg. — the CO over the moves stopped off by 11-Bldg to drop off an Inmate going there. All my property was taken OFF the Cart and set on the sidewalk by 11-Bldg Entry so said Inmate could get his property which was under mine. Then my property was all (supposedly) reloaded onto the cart.

When we reached 12-Bldg — the SSI and other assisting Inmates carried my property (and i took my matress) to 2-cell and stacked it on the floor near my bunk. when i entered the cell, the officer closed the door and left.

* When i organized my property for unpacking, i discovered my FAN (#23⁰⁰ value) was NOT there — it HAD been put on the Cart at 7-Bldg.

* I, also, discovered my PADLOCK ($17⁰⁰ value) was NOT in any of the Bags — i suspect it was left hanging on the locker door in 7-I-19 (left or right-side door).

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**         (OVER)

I-127 Back (Revised 11-2010)

I immediately Notified CO Guterez on 12-Bldg asking he have an SSI "or someone" go check 11-Bldg entry (to see if my FAN had been accidently left on the sidewalk) — he refused; and, 2ⁿᵈ Shift called 7-Bldg to ask them to recover my lock from 7-I-19 cell's new Occupant. To DATE — i have NOT had EITHER Lock OR FAN Returned to me. This constitutes a LOSS of $40⁰⁰ value Property."

**Action Requested to resolve your Complaint.**
(1) Request henceforth Move Officers insure transported property get to the proper destination. (2) Request my Padlock be retrieved from 7-I-19 cell's Occupant, and delivered to me. (3) Request every effort be made to locate/recover my FAN; and, i be allowed to by replacement

**Offender Signature:** _[signature]_                    **Date:** August 28, 2023

**Grievance Response:**

Your complaint has been reviewed by this office. Officer Gutierrez submitted a written statement that indicated you never consulted with him in regard to any "lost" property. In reviewing your claim, it appears the property was never out of your sight during the transport to 12 building as you were able to give explicit details as to what took place. You also lead staff to believe your property items were more than likely left behind due to your negligence. Due to this, insufficient evidence was found to support your claim that staff was responsible for your alleged property loss. TDCJ is not responsible for theft of property perpetrated by other inmates. No action is warranted.

**Signature Authority:** P. Santiago, Asst. Warden                    **Date:** 11·6·2

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. * _____

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2ⁿᵈ Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3ʳᵈ Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**I-127 Back** (Revised 11-2010)



**Texas Department of Criminal Justice**

# STEP 2
## INMATE
## GRIEVANCE FORM

Inmate Name: James Logan Diez TDCJ # 2399291
Unit: Mc Connell    Housing Assignment: 7-H-53B
Unit where incident occurred: Mc Connell

| OFFICE USE ONLY |
|---|
| Grievance #: 2024003435 |
| UGI Recd Date: 11/27/23 |
| HQ Recd Date: DEC 05 2023 |
| Date Due: 1-6-2024 |
| Grievance Code: 814 |
| Investigator ID#: I-2977 |
| Extension Date: FEB 15 2024 |
| Date Retd to Inmate: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*   Upon discussing the
problem further with Mailroom Supervisor Salles AFTER i
received the STEP 1 response — i learned from Ms
Salles that they:
    (1) don't close Indoed; and,
    (2) that the Mailroom NEVER calls a Building's
       Desk to tell them NOT to send prisoners
       with Passes.
The PROBLEM lies with the Guards/Guard sgt's on the
Building NOT WANTING to go to the trouble of
letting Prisoners go to Mailroom BEFORE Chow is
called. It is the 7-Bldg Desk/Rovers who are
refusing to honor the Mailroom Passes — it is
the Guards Desk/Rovers telling us "Go when You
go to Chow," rather than letting us out between
10-11:00 am when the Passes are for.
   * This causes another problem- AFTER 1100 hr, the
A-Side G-2, G-1 and Dorm Trustees are scheduled
for Mailroom; and B-Side Prisoners aren't supposed
to interact with A-Side Prisoners. So if we are

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     **(OVER)**

Inmate Grievance Operations Manual
Appendix G

Late Mailroom Line of A-Side Trustees and such the higher Rank (Lt's, Capt's, Majors, Wardens) get all hot under the collar and want to know WHY we're mixing with their A-Side Trustees! Bldg Desks/Rovers NEED to let me (& others) go to the Mailroom per our Passes AT OUR SCHEDULED TIME - NOT at their leisure.

Inmate Signature: _____ Date: 11-27-2023

Grievance Response:

Your claims have been investigated by this office. You were appropriately advised at the step 1 level, and it addressed your complaint. There is no evidence to support your allegations that the mailroom is closed for lunch. You are allowed to go to the mailroom during chow to retrieve your legal mail. There is no evidence of policy violation and/or employee misconduct. No further action is warranted by this office.

Signature Authority: J. Back _____ Back    Date: FEB 0 8 2024

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

CGO Staff Signature: _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

| 2nd Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

| 3rd Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Inmate: _____

I-128 Back (Revised 8/2022)

Diez_045

Inmate Grievance Operations Manual
Appendix G

# Texas Department of Criminal Justice

## STEP 1
### INMATE
### GRIEVANCE FORM
### (Re-submittie)

12B8

7H53

**OFFICE USE ONLY**

Grievance #: 2024003835

Date Received: **SEP 11 2023**

Date Due: OCt. 21, 2023

Grievance Code: 814

Investigator ID #: 2923.24R2

Extension Date: 11/30

Date Retd to Inmate: **NOV 2 2 2023**

Inmate Name: James Logan Diez  TDCJ # 2399291

Unit: Mc Connell  Housing Assignment: 7-2-19

Unit where incident occurred: Mc Connell  7H5B³  ➤ RE-SUBMITTED

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. (name unknown) on 7-Bldg Desk  When? 8-15-2023 @ 1047 hr

What was their response? He said the Mailroom called and said to hold till Chow.

What action was taken? I was not permitted to go @ the time of my App AUG 16 2023

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

THIS PROBLEM IS REPEATING ITSELF REGULARLY.

* I am sent a Pass BY MAILROOM telling me to come to the mailroom for LEGAL MAIL between 10-11 a.m.

* When i TRY to go to Mailroom 10-11 am, i'm told "go when You go to Chow" and refused exit from 7-Bldg.

* When Chow is called sometime AFTER 11:00 a.m. and i go straight to the mailroom — it's CLOSED 90-95% of the time because the Staff are mostly gone on lunch break and don't return until AFTER 1200 hr.

* That means i, a 67yr old man, must stand in either the heat of Summer or cold of winter for

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

I-127 Front (Revised 8/2022)

Rec'd in mail handout
on 11-24-2023.  Diez_046

Inmate Grievance Operations Manual
Appendix F

**Texas Department of Criminal Justice**

# STEP 1
## INMATE
### GRIEVANCE FORM
(Re Submittie)

+2B8  7H53

OFFICE USE ONLY

Grievance #: 2024003835

Date Received: SEP 11 2023

Date Due: Oct. 21, 2023

Grievance Code: 814

Investigator ID #: 2923.MPL

Extension Date: 11/30

Date Retd to Inmate: NOV 2 2 2023

Inmate Name: James Logan Diez    TDCJ # 2399291

Unit: Mc Connell    Housing Assignment: 7-C-19

Unit where incident occurred: Mc Connell    7H5B'    → RE-SUBMITTED

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. (name unknown) on 7-Bldg Desk   When? @ 1047 hr  8-15-2023

What was their response? He said the Mailroom called and said to hold till Chow.

What action was taken? I was not permitted to go @ the time of my Pass  AUG 16 202

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

THIS PROBLEM IS REPEATING ITSELF REGULARLY.

* I am sent a Pass BY MAILROOM telling me to come to the mailroom for LEGAL MAIL between 10-11 a.m.

* When I TRY to go to Mailroom 10-11 a.m., i'm told "go when You go to Chow" and refused exit from 7-Bldg.

* When Chow is called sometime AFTER 11:00 a.m. and i go straight to the mailroom — It's CLOSED 90-95% of the time because the staff are mostly gone on lunch Break and don't return until AFTER 1200 hr.

* That means i, a 67 yr old man, must stand in either the heat of Summer or cold of Winter for

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

I-127 Front (Revised 8/2022)

**Diez_047**

Inmate Grievance Operations Manual
Appendix F

and before the mailroom reopens and the Line moves up so i can get my LEGAL mail.

THIS MAKES NO SENSE and amounts to Elderly Abuse! IF the mailroom sends me a 10-11 am Pass — I SHOULD be able to GO TO the 10-11 am Mail!

**Action Requested to Resolve Your Complaint.**

(1) REQUEST THE MAILROOM HONOR THE TIME THEY PUT ON THE PASS and the BUILDING TOLD TO SEND ME AT THE TIME ON THE PASS: and, (2) REQUEST MAILROOM BE WARNED TO NOT RETALIATE FOR THIS GRIEVANCE.

**Inmate Signature:** _____  **Date:** _____

Sept 8 2023

**Grievance Response:**

The McConnell Unit's Mailroom Department advised that the Mailroom does not close for lunch. No further action warranted by this office.

P. Samaniego, Asst. Warden

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *  8/10

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Gaona / M. Gaona

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: MG |
| Grievance #: | 2023145214 |
| Screening Criteria Used: | 02-899 |
| Date Recd from Inmate: | AUG 16 2023 |
| Date Returned to Inmate: | AUG 16 2023 |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

I-127 **Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F