Case 2:23-cv-00269   Document 106   Filed 11/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00269 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE -CID, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO RESPOND

Pending before the Court are Plaintiff's Motions for Protective Order. (D.E. 102 & 105). Defendant is **ORDERED** to respond **on or before November 21, 2025**.

ORDERED on November 10, 2025.

_____
Julie K. Hampton
United States Magistrate Judge

1 / 1