UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00269 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE -CID, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff James Logan Diez, an inmate proceeding *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Court previously screened and retained Plaintiff's First Amendment free speech claim and Fourteenth Amendment procedural due process claim against TDCJ Executive Director Bryan Collier ("Collier") in his official capacity for injunctive relief, including the claims related to digitally scanning and storing inmate mail on servers accessible through the internet. (D.E. 35, p. 6).

Since the filing of this lawsuit, Bobby Lumpkin ("Lumpkin") has replaced Collier as TDCJ's Executive Director. Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is **ORDERED** to substitute Bobby Lumpkin in place of Bryan Collier with respect to Plaintiff's claims brought against Collier in his official capacity.

ORDERED on December 1, 2025.

_____
Julie K. Hampton
United States Magistrate Judge