Case 2:23-cv-00269   Document 119   Filed 02/02/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMES LOGAN DIEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00269 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE -CID, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court are Plaintiff's motions for a protective order (D.E. 102, 105), which the Magistrate Judge construed as motions for preliminary injunctive relief. On December 1, 2025, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (M&R, D.E. 108), recommending that Plaintiff's motions be denied. Plaintiff timely filed his objections (D.E. 113) on December 11, 2025.

Plaintiff states a single objection: that he did not receive a copy of Defendants' response to his motions. He seeks service of a copy and additional time to reply. Defendants' response contains a certificate of service indicating that a copy was mailed to Plaintiff at his McConnell Unit address. D.E. 107, p. 6. Plaintiff's objection is not sworn or signed subject to penalty of perjury. The Court does not accept a mere allegation that mail was not received. Moreover, the M&R recites the salient points made by Defendants

and Plaintiff fails to raise any inaccuracy or error regarding the recited facts or analysis. Consequently, the objection is **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objection, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objection and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's motions for preliminary injunctive relief (D.E. 102, 105) are **DENIED**.

**ORDERED** on February 2, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE